PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY JARDINE, | ) | |
| | ) | CASE NO. 4:20-CV-2264 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TOTAL LOAN SERVICES LLC, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

On January 5, 2021, counsel for Plaintiff informed the Court that the parties have reached a settlement.  ECF No. 4.  Therefore, the docket shall be marked "settled and dismissed without prejudice."  On or before March 8, 2021, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

All upcoming case management dates are vacated.

IT IS SO ORDERED.

__January 27, 2021__          ___/s/ Benita Y. Pearson_____
Date                                    Benita Y. Pearson
                                         United States District Judge