UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - YOUNGSTOWN

-----------------------------------------------------------------------x

Tracy Jardine,   Civil Action No:
   4:20-cv-2264

                Plaintiff,

  -v.-

Total Loan Services, LLC;

Direct Capital Partners, LLC; and

Direct Capital Partners Florida, LLC,

                Defendants.

-----------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against the Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: February 9, 2021   Respectfully Submitted,

      /s/Amichai E Zukowsky
     Amichai E. Zukowsky, Esq.
     Zukowsky Law, LLC
     23811 Chagrin Blvd, Suite 160
     Beachwood, OH 44122
     Phone: 216.800.5529
     Email: ami@zukowskylaw.com
     *Attorneys for Plaintiff*

**Certificate of Service**

    I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 9th day of February, 2021          Respectfully Submitted,

                                                         */s/ Amichai E Zukowsky*
                                                         Amichai E Zukowsky