Approved.
/s/ *Benita Y. Pearson* on 2/10/2021
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - YOUNGSTOWN

------------------------------------------------------------------------x

| | |
|---|---|
| Tracy Jardine, | Civil Action No: 4:20-cv-2264 |
| Plaintiff, | |
| -v.- | |
| Total Loan Services, LLC; | |
| Direct Capital Partners, LLC; and | |
| Direct Capital Partners Florida, LLC, | |
| Defendants. | |

------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against the Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: February 9, 2021

Respectfully Submitted,

/s/Amichai E Zukowsky
Amichai E. Zukowsky, Esq.
Zukowsky Law, LLC
23811 Chagrin Blvd, Suite 160
Beachwood, OH 44122
Phone: 216.800.5529
Email: ami@zukowskylaw.com
*Attorneys for Plaintiff*